

# THE THIRTEENTH COURT OF APPEALS

13-24-00423-CV

Raymond James Trust, N.A.
v.
Michelle Glenn, Individually, Perry Hillier, Individually and as Duly Appointed
Administrator of the Estate of Jo Ann Turrentine, Mark McDonald, Individually, and
Patrick McDonald, Individually

On Appeal from the
County Court at Law No. 3 of Nueces County, Texas
Trial Court Cause No. 2020CCV-60606-3

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, vacates the trial court's judgment of July 15, 2024, dismisses the appeal, and remands the case to the trial court. The Court orders the judgment of July 15, 2024 VACATED, the appeal DISMISSED, and the case remanded for further proceedings consistent with its opinion. Costs of the appeal are taxed against the party incurring the same.

We further order this decision certified below for observance.

January 30, 2025